TARA K. MCGRATH
United States Attorney
RONALD SOU
Assistant U.S. Attorney
California Bar No.: 315669
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6786
Email: Ronald.Sou@usdoj.gov

Attorneys for the United States

ORDERED UNSEALED on **09/18/2024**  s/ judepeters
SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '24 MJ1934 |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| ALIN-VASILICA ARTENI (1), ANDREI BOGDAN ARTENI (2) | Title 18, U.S.C., Sec. 1029(a)(2), (b)(1), and (c)(1)(A)(i) – Use and Attempted Use of Unauthorized Access Devices; Title 18 U.S.C., Sec. 1029(a)(2), (b)(2), and (c)(1)(A)(i) – Access Device Conspiracy; Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) – Criminal Forfeiture |
| Defendants. | |

The undersigned Complainant, being duly sworn, states that, at all times material to the Complaint:

## Introductory Allegations

1. An "access device" was any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services. Common forms of access devices were debit and credit cards, as

well as the account information typically encoded on the magnetic strips on the backs of such cards.

2. An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families (TANF) program. TANF is a federally funded assistance program that supports low-income families with children. In California, TANF funds are used to operate CalWORKS, a state public assistance program that provides cash aid to eligible families with one or more children in the home. In California, CalWORKS public assistance benefits are distributed by means of a card encoded with electronic account information, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer Card, which recipients use, along with a four-digit personal identification number, to withdraw funds.

## Count 1

### Use and Attempted Use of Unauthorized Access Devices
### 18 U.S.C. § 1029(a)(2) and (b)(1)

4. Paragraphs 1 through 3 are hereby incorporated by reference as if fully stated herein.

5. Between October 2, 2023 and March 2, 2024, in the Southern District of California and elsewhere, defendants ALIN-VASILICA ARTENI and ANDREI BOGDAN ARTENI did knowingly and with intent to defraud use one and more unauthorized access devices, to wit, Electronic Benefit Transfer account information and personal identification numbers issued to persons other than defendants, during a one-year period, and by such conduct obtain cash and other things of value aggregating $1,000 and more during such one-year period, said use affecting interstate and foreign commerce;

All in violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 1029(c)(1)(A)(i).

## Count 2

### Conspiracy to Commit Access Device Fraud

### 18 U.S.C. § 1029(a)(2) and (b)(2)

6. Paragraphs 1 through 3 are hereby incorporated by reference as if fully stated herein.

7. Beginning on or before October 2, 2023, through and including March 2, 2024, in the Southern District of California and elsewhere, defendants ALIN-VASILICA ARTENI and ANDREI BOGDAN ARTENI did knowingly and with intent to defraud conspire with each other and others, to use one and more unauthorized access devices, to wit, Electronic Benefit Transfer account information and personal identification numbers issued to persons other than defendants, during a one-year period, and by such conduct obtain cash and other things of value aggregating $1,000 and more during such one-year period, said use affecting interstate and foreign commerce;

All in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(2), and 1029(c)(1)(A)(i).

### Forfeiture Allegations

8. The allegations above are incorporated herein for purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).

9. Upon conviction of the offense set forth in the complaint, defendants ALIN-VASILICA ARTENI and ANDREI BOGDAN ARTENI shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), any property constituting and derived from proceeds Defendants

Complaint -3-

obtained directly and indirectly from the offense, and any personal property used and intended to be used to commit the offense.

This complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Kiara Bond
U.S. Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 8, 2024.

_____
HON. MICHELLE M. PETTIT
U.S. Magistrate Judge

## STATEMENT OF FACTS

I, Kiara Bond, being duly sworn, state as follows:

1. I have been employed as a Special Agent ("SA") with the United States Secret Service ("USSS") since January 2023. I am a graduate of both the USSS James J. Rowley Training ("JJRTC") center in Beltsville, Maryland, and the Federal Law Enforcement Training Center's ("FLETC") Criminal Investigator Training Program in Glynco, Georgia. Additionally, I completed Cyber Foundational Training at the National Computer Forensics Institute ("NCFI"), which provided extensive training and experience dealing with cyber investigations, computers, cyber related crimes, business email compromises, and various other topics relating to technology and its use in facilitating crimes. I also have had additional training and on-the-job experience with other federal, state, and local law enforcement agents in connection with the investigation of said offenses and related offenses.

2. I am currently assigned to the San Diego Field Office and the SoCal Cyber Fraud Task Force ("SoCal CFTF"). The SoCal CFTF is a task force sponsored by the USSS that is comprised of state, local, and federal law enforcement personnel. In this capacity, my duties are to investigate violations of federal and state law, including financial crimes and related activity in connection with the fraudulent use of access devices, credit card skimming/re-encoding, identity theft, wire fraud, mail fraud, check fraud, bank fraud, the manufacturing of counterfeit currency/commercial securities, and the use of complex schemes to conceal and launder the proceeds of such crimes. Based on my training and experience, I am familiar with the criminal elements and schemes commonly employed by persons who commit these types of violations. I am also familiar with the use of computers and specialized electronics to commit these crimes.

3. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events,

details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

*Overview*

4. The USSS, and the SoCal CFTF are working with state and federal agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance.

5. As outlined below, between October 2, 2023, and March 2, 2024, Alin-Vasilica Arteni ("ALIN ARTENI") and Andrei Bogdan Arteni ("ANDREI ARTENI") made a series of unauthorized withdrawals at San Diego County ATMs in which they accessed, attempted to steal, and stole from the public assistance benefit accounts of several victims. The SoCal CFTF has also collected the names of the victims from whose EBT accounts ALIN ARTENI and ANDREI ARTENI made the prior unauthorized withdrawals. None of these victims' names match the names "Alin-Vasilica Arteni" or "Andrei Bogdan Arteni."

6. Romanian officials confirmed that ALIN ARTENI and ANDREI ARTENI are Romanian nationals. Law enforcement agency checks show that neither ALIN ARTENI nor ANDREI ARTENI have status to enter or remain in the United States legally. Due to their immigration status, both should be ineligible for CalFresh or CalWORKS under federal law.

*Background on Electronic Benefit Transfer Cards*

7. In 2022, California's Department of Social Services ("CalDSS") advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKS.

AFFIDAVIT IN SUPPORT OF COMPLAINT -2-

8. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program ("SNAP") that it administers through its Food and Nutrition Service ("FNS"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient access by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer ("EBT") Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals are received via either a point-of-sale ("POS") terminal or an ATM.

9. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families ("TANF") program. TANF is a federally funded assistance program that awards grants to individual states to support low-income families with children. In California, TANF grant funds are used to operate CalWORKS, a state public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKS assistance receive money each month to help pay for housing, food, and other necessary expenses. Like CalFresh, CalWORKS benefits are distributed by CalDSS through the California Advantage EBT card.

10. After a recipient applies for, and is approved to receive, California public assistance benefits like CalFresh and CalWORKS, the benefits are automatically distributed to the recipient's EBT card on a designated day of the month—typically, in California, the first five days of the month. To access their benefits to purchase eligible food items, recipient swipe their card through a point-of-sale terminal, or insert it into

AFFIDAVIT IN SUPPORT OF COMPLAINT -3-

an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number ("PIN") into a keypad to complete the transaction.

11. The SoCal CFTF has gathered evidence indicating that members of criminal enterprises are stealing California EBT account information by installing skimmers on point-of-sale terminals, often by targeting point-of-sale terminals at grocery stores and large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed or printed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN on the physical cards, or access devices, that are swiped at a point-of-sale terminal along with the account balance.

12. Data provided by CalDSS indicates that, between approximately June 2022 and February 2024, in the Southern District of California and elsewhere, unauthorized account users have stolen approximately $181,208,693.00 from CalWORKS recipients. These unauthorized withdrawals commonly occur at the start of each month, when monthly CalWORKS benefits are distributed. Most of the stolen funds were obtained through unauthorized ATM withdrawals.

13. In July and August 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay

AFFIDAVIT IN SUPPORT OF COMPLAINT -4-

skimmers that appeared to be part of an EBT fraud scheme.[1] According to police reports and records obtained by the task force, in June 2022, National City Police arrested a Romanian national who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one coconspirator assist him with the installation. In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a point-of-sale terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified coconspirator, installed the overlay skimmer at the Chula Vista Walmart two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality Record checks revealed his true name, Romanian nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional coconspirators.

14. In Spring 2023, the USSS conducted operations in the Southern and Central Districts of California during which it surveilled ATMs that had historically been used to make unauthorized EBT account withdrawals. During the March operation in Los Angeles, the USSS arrested 14 individuals. During its June 2023 operation, the

---

[1] An overlay skimmer is a skimmer that is part of a counterfeit faceplate designed to resemble the legitimate point-of-sale terminal. Overlay skimmers are mounted to the legitimate point-of-sale terminal and allow a victim's credit or debit card to be read by the legitimate terminal. In the process of inserting the victim's credit or debit card into the legitimate terminal, the card is also read by the overlay skimmer, which stores the card's stolen electronic information for later unauthorized use. The overlay skimmers that target EBT cards are not designed to read credit or debit cards embedded with a chip (i.e., most credit and debit cards). Unlike most bank-issued credit and debit cards, EBT cards do not have chips (which makes the cards less expensive). The overlay skimmers that cannot read cards with chips therefore typically target EBT cards.

AFFIDAVIT IN SUPPORT OF COMPLAINT -5-

1  USSS-San Diego and SoCal CFTF arrested five individuals, along with a sixth
2  individual in July 2023. Five of the six individuals arrested in San Diego County had a
3  history of making of unauthorized EBT account withdrawals in San Diego prior to the
4  night of their arrest and all six had one or more phones on them when arrested. Several
5  of these individuals had also previously installed skimming devices on POS terminals
6  or inside ATMs, and/or were found in possession of access-device making equipment
7  at the time of their arrest. Of the 20 people arrested in Southern California between
8  March and July 2023, all but one were Romanian.

<u>ALIN ARTENI and ANDREI ARTENI's EBT Withdrawals</u>

15. As part of its broader EBT fraud investigation, the SoCal CFTF collected surveillance images and transaction records for fraudulent EBT withdrawals from ATMs across San Diego County. Through the review of these and related records, the SoCal CFTF has identified ALIN ARTENI and ANDREI ARTENI's involvement in the following fraudulent EBT withdrawals:

   a. On October 2, 2023, shortly after midnight until after 1 a.m., ALIN ARTENI accessed an ATM located in the UC Marketplace at 3208 Governor Dr., San Diego. ALIN ARTENI attempted to withdraw $5,900 from the EBT accounts of ten victims. The victims were all from Los Angeles County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $3,580 over eleven transactions. Photos below were captured by the ATM camera of ALIN ARTENI at the ATM keypad with his brother ANDREI ARTENI standing behind him in the image on the left.

Case 3:24-cr-02103-AJB   Document 1   Filed 05/14/24   PageID.11   Page 11 of 18



b. On November 2, 2023, shortly after midnight, ANDREI ARTENI accessed an ATM located in the UC Marketplace at 3208 Governor Dr., San Diego. ANDREI ARTENI successfully withdrew $1,320 from the EBT accounts of three victims. The victims were from Los Angeles County. Photos below of ANDREI ARTENI were captured by the ATM camera.






c. That same night, on November 2, 2023, shortly after midnight, ALIN ARTENI also went to an ATM located in the UC Marketplace at 3208 Governor Dr., San Diego. ALIN ARTENI successfully withdrew $1,940 from the EBT accounts of six victims. The victims reside in Los Angeles County. Photos below of ALIN ARTENI were captured by the ATM camera.



d. On December 1, 2023, shortly after midnight, ALIN ARTENI went to an ATM located in Santee in San Diego County. ALIN attempted to withdraw $5,870 from the EBT accounts of seven victims. The victims reside in San Diego and Los Angeles Counties. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $3,650 over eight transactions. Photos below of ALIN ARTENI were captured by the ATM cameras.




e. On December 3, 2023, shortly after midnight, ANDREI ARTENI went to the same Santee ATM. ANDREI ARTENI attempted to withdraw $6,780 from the EBT accounts of fourteen victims. The victims reside in San Diego, Los Angeles, and San Bernardino County. Of the attempted withdrawals, ANDREI ARTENI

AFFIDAVIT IN SUPPORT OF COMPLAINT                                -8-

successfully withdrew $5,580 over fourteen transactions. Photos below of ANDREI ARTENI were captured by the ATM cameras.

 

  f. On January 1, 2024, shortly after midnight, ALIN ARTENI went to ATMs located at 4315 La Jolla Village Dr., San Diego. ALIN ARTENI attempted to withdraw $15,150 from the EBT accounts of sixteen victims. The victims reside in San Diego, Los Angeles, and San Bernardino County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $9,880 over nineteen transactions. Photos below of ALIN ARTENI were captured by the ATM camera.

 

  g. On January 1, 2024, shortly after midnight, ANDREI ARTENI went to an ATM located at 4315 La Jolla Village Dr., San Diego. ANDREI ARTENI successfully withdrew $8,790 from the EBT accounts of twelve victims. The victims

AFFIDAVIT IN SUPPORT OF COMPLAINT   -9-

reside in San Diego, Los Angeles, and San Bernardino Counties. Photos below of ANDREI ARTENI were captured by the ATM camera.



h.  That same night, on January 1, 2024, shortly after midnight, ALIN ARTENI went to a nearby ATM located at 4320 La Jolla Village Dr., San Diego. ALIN ARTENI attempted to withdraw $1,180 from the EBT accounts of five victims. The victims reside in San Diego and Los Angeles County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $1,195 ($3 service fee included with each transaction) over five transactions. Photos below of ALIN ARTENI were captured by the ATM camera.

 

AFFIDAVIT IN SUPPORT OF COMPLAINT         -10-

i. On January 2, 2024, shortly after midnight, ANDREI ARTENI went to a nearby ATM located at 4315 La Jolla Village Dr., San Diego. ANDREI ARTENI attempted to withdraw $11,040 from the EBT accounts of eleven victims. The victims reside in San Diego and Los Angeles County. Of the attempted withdrawals, ANDREI ARTENI successfully withdrew $10,120 over twelve transactions. Photos below were captured by the ATM camera.





j. That same night, on January 2, 2024, shortly after midnight, ALIN ARTENI went to a nearby ATM located at 4320 La Jolla Village Dr., San Diego. ALIN ARTENI attempted to withdraw $7,510 from the EBT accounts of five victims. The victims reside in San Diego and Los Angeles County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $6,434 ($3 service fee included with each transaction) over nine transactions. Photos below of ALIN ARTENI were captured by the ATM camera.




AFFIDAVIT IN SUPPORT OF COMPLAINT                -11-

k. Later, on January 2, 2024, shortly after midnight, ALIN ARTENI went to the banks of ATMs at 4315 La Jolla Village Dr. that his brother had also used. ALIN ARTENI attempted to withdraw $27,480 from the EBT accounts of thirty-six victims. The victims reside in San Diego, Los Angeles, San Bernardino, and Riverside County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $23,630 over thirty-seven transactions. Photos below of ALIN ARTENI were captured by the ATM camera.

  

l. On January 3, 2024, shortly after midnight, ALIN ARTENI returned to the ATM located at 4320 La Jolla Village Dr., San Diego. ALIN ARTENI attempted to withdraw $3,920 from the EBT accounts of eight victims. The victims reside in San Diego, Los Angeles, San Bernardino, and Riverside County. Of the attempted withdrawals, ALIN ARTENI successfully withdrew $3,947 ($3 service fee included with each transaction) over nine transactions. Photos below of ALIN ARTENI were captured by the ATM camera.

 

AFFIDAVIT IN SUPPORT OF COMPLAINT -12-

  m. On March 2, 2024, shortly after 6 a.m, ANDREI ARTENI went to an ATM located at 4320 La Jolla Village Dr., in San Diego. ANDREI ARTENI attempted to withdraw $2,720 from the EBT accounts of four victims. The victims reside in Los Angeles County. Of the attempted withdrawals, ANDREI ARTENI successfully withdrew $2,732 ($3 service fee included with each transaction) over four transactions. Photos below were captured by the ATM camera.



16. Based on photographs from Romanian officials, ALIN ARTENI and ANDREI ARTENI are positively identified by investigators.



   

//

//

## CONCLUSION

17. Based on the evidence described above, I submit there is probable cause to believe that ALIN ARTENI and ANDREI ARTENI used unauthorized access devices, in the form of victims' EBT account information and personal identification numbers (PINs), from October 2, 2023 to March 2, 2024 and that their use and attempted use of these access devices resulted in a loss of over $1,000.00, in violation of 18 U.S.C. § 1029(a)(2), (b)(1), and (c)(1)(A)(i) – Use and Attempted Use of Unauthorized Access Devices. I further submit that the evidence described above of ALIN ARTENI and ANDREI ARTENI working alongside each other and at the same or near-by ATMs on the same nights and around the same time when they made and attempted to make unauthorized withdrawals is evidence that they engaged in conspiracy to commit access device fraud, in violation of Title 18 U.S.C., 1029(a)(2), (b)(2), and (c)(1)(A)(i) – Access Device Conspiracy.

_____
Special Agent Kiara Bond
UNITED STATES SECRET SERVICE